IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARY BAIN DUCKWORTH and WILLIAM DAVID DUCKWORTH,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UTICA NATIONAL INSURANCE COMPANY OF TEXAS,<br><br>　　　　Defendant. | *<br>*<br>*　Case No. 5:25-cv-00191-TES<br>*<br>*<br>*<br>* |

## J U D G M E N T

Pursuant to this Court's Order dated June 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Bibb County, Georgia.

This 12th day of June, 2025.

　　　　　　　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　　　　　　　s/ Raven K. Alston, Deputy Clerk